FILED 08 NOV '22 17:51 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:22-cr-00394-MO |
| v. | INDICTMENT |
| ANDREW DAVOODIAN, | 18 U.S.C. § 2244(a)(3) and 49 U.S.C. § 46506 |
| Defendant. | |

## THE GRAND JURY CHARGES

### Count 1
### (Abusive Sexual Contact)
### (18 U.S.C. § 2244(a)(3) and 49 U.S.C. § 46506)

On or about July 5, 2019, while on an aircraft in the special aircraft jurisdiction of the United States, to wit, Southwest Airlines Flight #3252 departing from Portland, Oregon, defendant **ANDREW DAVOODIAN** knowingly engaged in, attempted to engage in, caused, and attempted to cause sexual contact, as defined in 18 U.S.C. § 2246(3), with Minor Victim 1, a person whose identity is known to the Grand Jury, who had attained the age of 12 years but had not attained the age of 16 years, and who was at least four years younger than ANDREW DAVOODIAN.

All in violation of Title 18, United States Code, Section 2244(a)(3) and Title 49, United States Code, Section 46506.

DATED: November 8, 2022.                                A TRUE BILL.

                                                        [signature redacted]
                                                        OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Mira Chernick*
MIRA CHERNICK
Assistant United States Attorney