UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:22-cr-00394-AN |
| v. | SUPERSEDING INFORMATION |
| ANDREW DAVOODIAN, | 18 U.S.C. § 113(a)(5) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**Count 1**
**(Simple Assault of a Person Under Age 16)**
**(18 U.S.C. § 113(a)(5))**

On or about July 5, 2019, in the District of Oregon and elsewhere, defendant **ANDREW DAVOODIAN**, at a place within the special aircraft jurisdiction of the United States, namely Southwest Airlines Flight #3252, did assault Minor Victim 1, a person under the age of 16, by intentionally using a display of force that reasonably caused her to fear immediate bodily harm.

In violation of Title 18, United States Code, Section 113(a)(5).

DATED: December 18, 2023.   Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Mira Chernick*
MIRA CHERNICK
Assistant United States Attorney